**Order issued July 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-01591-CR
### No. 05-13-01592-CR

_____

### JOHN ELLSWORTH BLACK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## O R D E R

Before Justices Lang, Myers, and Brown

Based on the Court's opinion of this date, we **GRANT** the April 9, 2014 motion of Niles Illich for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Niles Illich as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to John Ellsworth Black, TDCJ No. 1891896, Byrd Unit, 21 FM 247, Huntsville, Texas, 77320.

/Lana Myers/
LANA MYERS
JUSTICE